UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case 2:19-CV-01467-JAK-GJS |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6** |
| **Serozh Davityan,** in individual and representative capacity as trustee of the Davityan Family Trust; **Paytsar Davityan,** in individual and representative capacity as trustee of the Davityan Family Trust; **Five Star Fuel, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

Plaintiff's Motion for Default Judgment was granted in part. Therefore, it is hereby ordered, adjudged, and decreed as follows:

1. Judgment is entered in favor of Plaintiff Orlando Garcia and against Defendants Serozh Davityan, Paytsar Davityan and Five Star Fuel, Inc., on Plaintiff's claim under the Americans with Disabilities Act. The Defendants are jointly and severally liable for the relief granted.
2. Plaintiff shall recover $3310 in attorney's fees and costs.
3. Defendants Serozh Davityan, Paytsar Davityan and Five Star Fuel, Inc., shall provide accessible paths of travel inside the gas station store, which is located at 5404 York Blvd., Los Angeles, California, as well as an accessible restroom, with both compliant with the Accessibility Standards under the Americans with Disabilities Act.

IT IS SO ORDERED.

Dated: January 30, 2020  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE